Robert N. Phillips (SBN 120970)
Bobby A. Ghajar (SBN 198719)
HOWREY, LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
Email: phillipsr@howrey.com

Peter E. Moll
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

Attorneys for Plaintiff
INTEL CORPORATION

ORIGINAL
FILED

JAN 1 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMC

C 06 0012

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT** |
| | ) |
| vs. | ) |
| | ) |
| INTERNET TRANSACTION SOLUTIONS, INC., an Ohio corporation, | ) **Jury Trial Demanded** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Plaintiff Intel Corporation ("Intel"), by its attorneys, alleges as follows:

1.      This action arises from Defendant Internet Transaction Solutions, Inc.'s ("ITS") use and attempted registration of the mark ePAYMENTS INSIDE.  By copying Intel's unique and famous INTEL INSIDE trademarks, and family of "{term} INSIDE" marks and famous "{term} INSIDE"

brand format, which was created, made famous, and protected by Intel, ITS has caused and is likely to continue to cause confusion that Intel is the source or sponsor of ITS' Internet payment services, or that there is an association between Intel and ITS. In addition, ITS' acts are causing, and/or are likely to cause, dilution of the INTEL INSIDE trademarks and "{term} INSIDE" brand format. Consequently, Intel seeks injunctive relief and disgorgement of profits for injuries caused by ITS' use of the ePAYMENTS INSIDE mark in violation of the Lanham Act (15 U.S.C. §§ 1051-1127 *et seq.*), federal false designation of origin law (15 U.S.C. § 1125(a)), the Federal Trademark Dilution Act of 1995 (15 U.S.C. § 1125(c)), California statutory trademark infringement law (Cal. Bus. and Prof. Code § 14335), the California Dilution Act (Cal. Bus. and Prof. Code § 14330), the Texas Dilution Act (Tex. Bus. & Comm. Code § 16.29), the Missouri Dilution Act (Mo. Rev. Stat. § 417.061), the Georgia Dilution Act (Ga. Code Ann. § 10-1-451(b)), and California statutory unfair competition law (Cal. Bus. and Prof. Code § 17200) and California common law doctrines of passing off and unfair competition.

## I.   JURISDICTION AND VENUE

2.     This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338 and 1367. Intel's claims are, in part, based on violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051-1127. The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367.

3.     Venue lies in the Northern District of California pursuant to 28 U.S.C. § 1391(b) and (c). Intel is informed and believes that ITS transacts business or has transacted business in this District and may otherwise be found here, and/or a substantial part of the events, omissions, and injuries giving rise to Intel's claims occurred in this District.

## II.   THE PARTIES

4.     Plaintiff Intel is a Delaware corporation having its principal place of business at 2200 Mission College Boulevard, Santa Clara, California. Intel is widely recognized as a world leader in high-technology products and services. Intel's products and services are sold worldwide and throughout the United States, including the Northern District of California.

1      5.      Upon information and belief, Defendant Internet Transaction Solutions, Inc. is an Ohio

2   corporation with its principal place of business in Columbus, Ohio.  ITS claims to be a leader in

3   providing electronic payment solutions and offers services under various marks including

4   "PAYMYBILL" and "ePAYMENTS INSIDE."  ITS' solutions are purportedly integrated with its

5   clients business processes and computer systems.  Upon information and belief, ITS has customers,

6   joint marketing, distribution, and electronic payment management service and computer software

7   relationships with companies across the nation, including in California, Missouri, Texas, and Georgia.

8   III.    **INTEL'S BUSINESS**

9      6.      Intel is a world-famous company that develops, manufactures and sells a variety of

10  computing, communications, and Internet-related software and hardware products and related services.

11     7.      INTEL is one of the most valuable and respected names and trademarks in the world,

12  and among the most famous names and trademarks in the technology industry.  From 1996 to the

13  present, Fortune Magazine has annually celebrated Intel as one of the top ten "Most Admired

14  Corporations in America" – an honor Intel has shared alongside such companies as General Electric,

15  Microsoft and Coca-Cola.   In 2005, the INTEL trademark was ranked fifth in Interbrand's World's

16  Most Valuable Brands Survey, with an estimated value of $35.5 billion.

17     8.      Intel's customers and/or ultimate purchasers have included individual consumers,

18  businesses, schools, computer manufacturers, industrial manufacturers, financial institutions, and the

19  government.  Intel's technology innovations and services play a role in virtually every industry,

20  including the financial, Internet, e-commerce, collections, retail, utilities and health and fitness

21  industries.  For example, Intel has developed electronic payment gateway solutions for the financial

22  industry; provided solution services and infrastructure to a major credit card company; and its

23  technology and solution services have been instrumental to bill payment and e-commerce companies

24  and applications.

25  IV.    **INTEL'S INSIDE MARKS AND "{TERM} INSIDE" BRAND FORMAT AND FAMILY**

26     9.      In 1991, Intel launched its revolutionary INTEL INSIDE program, a logo licensing and

27  co-operative advertising program.  Under this program, computer manufacturers (such as IBM, Dell,

28  and Hewlett-Packard) that sell personal computers containing Intel microprocessors (such as the

1  renowned PENTIUM® processor) are licensed to use Intel's INTEL INSIDE and INTEL INSIDE and

2  Design Marks (collectively "the INSIDE Marks") on their computers and in their advertising and

3  promotional materials.  Through this program, the INSIDE Marks appear on the front bezel of millions

4  of computers around the world and are seen extensively in computer manufacturer advertisements.

5  This program continues today as a key part of Intel's marketing strategy.

6        10.    The INTEL INSIDE program was revolutionary because this was the first time that a

7  component manufacturer in the computer industry reached out directly to the end consumer, instead of

8  marketing solely to the computer manufacturers, to convey to the end consumer the importance that

9  computer manufacturers place on Intel's technology, research, innovation and quality as a selling point

10  of their products.  The program's use of the INSIDE Marks have been and are effective in suggesting

11  that all the things associated with Intel Corporation--safety, quality, workmanship, reliability, integrity,

12  and cutting edge technology--are part of the personal computer by way of the Intel ingredients therein.

13  The use of this creative and coined brand format -- "{term} INSIDE" -- which is contrary to normal

14  English construction, did not exist as a trademark prior to its creation by Intel and is inherently

15  distinctive.

16        11.    Intel has invested billions of dollars in advertising and promoting its computer hardware

17  and other products under the INSIDE Marks and family of "{term} INSIDE" marks (such as THE

18  COMPUTER INSIDE for computer hardware and THE JOURNEY INSIDE for educational services).

19  This advertising extends, and has extended, to all traditional media, including but not limited to radio,

20  print ads, trade shows, the Internet, and television.  Indeed, advertisements bearing the INSIDE Marks

21  have appeared on billboards in malls, outdoor kiosks, on popular websites, magazines, and

22  newspapers, and in television advertisements shown during prime-time hours, just to name a few

23  examples.  The uniqueness of the INSIDE Marks, and the innovation and quality they stand for, has

24  made the marks a cultural icon.  Advertising Age magazine referred to the INSIDE Marks as "one of

25  the more magnificent campaigns of the century." The INSIDE Marks have also been featured in

26  several marketing case studies and publications.

27

28

12.     Intel is expanding its use of the INSIDE Marks by licensing them to new types of manufacturers with products that incorporate Intel technology.  Further, Intel has expanded its family of "{term} INSIDE" marks to include among others:

- PENTIUM INSIDE
- CORE INSIDE
- CORE SOLO INSIDE
- CORE DUO INSIDE
- XEON INSIDE
- CELERON INSIDE
- ITANIUM 2 INSIDE

These marks will continue to strengthen the consumer association of the "{term} INSIDE" brand format with Intel.

13.     Since the program's inception in 1991, advertisements carrying the INSIDE Marks have created many millions of consumer impressions through print publications in diverse fields from travel to sports, on the Internet, and on television.

14.     Because of Intel's extensive sales under, and advertising, promotion, and use of the INSIDE Marks, as well as the extensive advertising and promotional efforts of Intel's licensees under the INTEL INSIDE program, Intel has developed enormous recognition for its products and services under the INSIDE Marks and has acquired and enjoys an immensely valuable reputation and tremendous goodwill under the INSIDE Marks.  The INSIDE Marks, including their "{term} INSIDE" brand format, are widely known and instantly recognized, and are "famous" marks for purposes of 15 U.S.C. § 1125(c)(1).

15.     Intel has been diligent in protecting its rights in its INSIDE Marks.  It follows that Intel is the owner of numerous U.S. trademark registrations for the INSIDE Marks, including the following:

a.     Intel is the owner of U.S. Registered Trademark No. 1,702,463, issued on July 21, 1992, for the INTEL INSIDE & SWIRL Logo for use in connection with microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®,"

1  with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111.  A copy of this

2  registration is attached hereto as Exhibit A.

3         b.   Intel is the owner of U.S. Trademark Registration No. 1,705,796, issued on August 4,

4  1992, for the mark INTEL INSIDE for use in connection with microprocessors.  This registration, duly

5  and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and

6  incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL

7  INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit B.

8         c.   Intel is the owner of U.S. Registered Trademark No. 2,179,209, issued on August 4,

9  1998, for the INTEL INSIDE mark for use in connection with various computer related products,

10  including computer operating system software, computer operating programs, audio and video

11  graphics, computer firmware, computer hardware, integrated circuits, microprocessors, printed circuit

12  boards, computer memory devices, video circuit boards, audio-video circuit boards, video graphic

13  accelerators, video processors, computer hardware and software for the development, maintenance, and

14  use of local and wide area computer networks, computer hardware and software for the development,

15  maintenance, and use of interactive audio-video computer conference systems, and computer hardware

16  and software for the receipt, display, and use of broadcast video, audio, and digital data signals.  This

17  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

18  subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark

19  pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit C.

20         d.   Intel is the owner of U.S. Registered Trademark No. 2,188,280 issued on September

21  8, 1998, for the INTEL INSIDE & SWIRL Logo for use in connection with computer products

22  including computer operating system software, computer operating programs, audio and video

23  graphics, computer hardware, integrated circuits, microprocessors, printed circuit boards, electronic

24  circuit boards, computer memory devices, video circuit boards, audio-video circuit boards, video

25  graphic accelerators, multimedia accelerators, video processors, computer hardware and software for

26  the development, maintenance, and use of interactive audio-video computer conference systems, and

27  computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital

28  data signals.  This registration, duly and legally issued by the United States Patent and Trademark

1   Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE &

2   SWIRL Logo mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

3   Exhibit D.

4            e.   Intel is the owner of U.S. Trademark Registration No. 2,194,122 issued on October

5   6, 1998, for the mark INTEL INSIDE & SWIRL Logo for use in connection with printed materials,

6   namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and

7   brochures about, for use with and directed to users of, computer operating system software; computer

8   operating programs; computer system extensions; computer system tools; computer system utilities;

9   computer application software; computer firmware; computer hardware; computer peripherals;

10  computer components; integrated circuits; integrated circuit chips; semiconductor processors;

11  semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards;

12  computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards;

13  audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors;

14  fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer

15  hardware and software for the development, maintenance, and use of local and wide area computer

16  networks; computer hardware and software for the development, maintenance, and use of interactive

17  audio-video computer conference systems; computer hardware and software for the receipt, display,

18  and use of broadcast video, audio, and digital data signals; and computer hardware and software for

19  development, testing, programming, and production of hardware and software.  This registration, duly

20  and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses

21  the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C.

22  § 1111.  A copy of this registration is attached hereto as Exhibit E.

23            f.   Intel is the owner of U.S. Trademark Registration No. 2,198,880 issued on

24  October 20, 1998, for the mark INTEL INSIDE for use in connection with printed materials, namely,

25  books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures

26  about, for use with, and directed to users of, computer operating system software; computer operating

27  programs; computer system extensions; computer system tools; computer system utilities; computer

28  application software; computer firmware; computer hardware; computer peripherals; computer

HOWREY
LLP

Case No.
Complaint

-7-

DM_US\8301243.v1

components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer hardware and software for the development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals; and computer hardware and software for development, testing, programming, and production of hardware and software. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit F.

g. Intel is the owner of U.S. Trademark Registration No. 2,252,046 issued on June 8, 1999, for the mark INTEL INSIDE for use in connection with T-shirts, shirts, beachwear, loungewear, sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging suits, neckties, polo shirts and infant rompers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit G.

h. Intel is the owner of U.S. Trademark Registration No. 2,256,061 issued on June 22, 1999, for the mark INTEL INSIDE for use in connection with mugs and sports bottles. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

i. Intel is the owner of U.S. Trademark Registration No. 2,261,580 issued on July 13, 1999, for the mark INTEL INSIDE for use in connection with toys, namely, stuffed toys, plush toys, dolls, bean bags, games, namely, board games, stand alone video games, and Christmas ornaments.

1  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid

2  and subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15

3  U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit I.

4        j.    Intel is the owner of U.S. Trademark Registration No. 2,289,657 issued on

5  October 26, 1999, for the mark INTEL INSIDE for use in connection with tablets, desk pads, pens and

6  pencils.  This registration, duly and legally issued by the United States Patent and Trademark Office, is

7  valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant

8  to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit J.

9        k.    Intel is the owner of U.S. Trademark Registration No. 2,451,273, issued on May 15,

10  2001, for the INTEL INSIDE & SWIRL Logo for use in connection with products including computers,

11  computer hardware, software for use in operating and maintaining computer systems, microprocessors,

12  integrated circuits, computer peripherals and electronic apparatus for use with computers, video

13  apparatus, video circuit boards, apparatus and equipment for recording, processing, receiving,

14  reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging and/or

15  enhancing sound, video images, graphics, and data, and computer programs for recording processing,

16  receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging,

17  and/or enhancing sound, video, images, graphics, and data.  This registration, duly and legally issued by

18  the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

19  registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111.  A copy of

20  this registration is attached hereto as Exhibit K.

21        l.    Intel is the owner of U.S. Trademark Registration No. 2,942,936 issued on April 19,

22  2005, for the mark INTEL INSIDE Logo for use in connection with, among other things, computer

23  operating system software and programs; computer system extensions, tools and utilities in the field of

24  application software for connecting personal computers, networks, telecommunications apparatus and

25  global computer network applications; audio and video graphics; integrated circuits; integrated circuit

26  chips; semiconductor processors; semiconductor processor chips; microprocessors; printed circuit

27  boards; electronic circuit boards; computer memory hardware; semiconductor memory hardware;

28  video circuit boards; audio circuit boards; audio-video circuit boards; video graphic accelerators;

1   multimedia accelerators; video processors; modems; computer hardware and receipt of facsimiles;

2   computer hardware and software for use on local and wide area computer networks; computer

3   hardware and software for interactive audio-video computer conference systems and computer network

4   routers; hubs; servers; and switches.   This registration, duly and legally issued by the United States

5   Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its

6   INTEL INSIDE Logo mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

7   Exhibit L.

8       16.     Intel has filed federal trademark applications for the PENTIUM INSIDE, CORE

9   INSIDE, CORE SOLO INSIDE, CORE DUO INSIDE, XEON INSIDE, and CELERON INSIDE

10   marks covering a wide variety of goods and services.

11      17.     Through its extensive use of the INSIDE Marks, including the "{term} INSIDE" brand

12   format and family of "{term} INSIDE" marks on a variety of goods and services, Intel also owns

13   common law trademark rights in its INSIDE Marks and the "{term} INSIDE" brand format.

14   V.     **ITS' BUSINESS AND ePAYMENTS INSIDE MARK**

15      18.     Upon information and belief, ITS uses the ePAYMENTS INSIDE mark to advertise its

16   electronic payments services.  ITS also filed for nationwide federal protection of the mark

17   ePAYMENTS INSIDE with the U.S. Patent and Trademark Office.  ITS' application for the

18   ePAYMENTS INSIDE mark, Serial No. 78/759,979 in Class 36 for "bill payment services," is pending

19   and has not yet undergone examination.   ITS' ePAYMENTS INSIDE mark has only been in use for

20   five months, since August 2005, according to ITS' claimed date of first use in its trademark

21   application.

22      19.     ITS' ePAYMENTS INSIDE mark mimics the highly distinctive and famous INSIDE

23   Marks.  In particular, ITS has taken the coined "{term} INSIDE" linguistic construction, and adopted

24   as its own a mark comprised in "{term} INSIDE" brand format.  That mark includes the word

25   "ePAYMENTS," which is generic for ITS' services.  Thus, the imitated "{term} INSIDE" brand

26   format is the only distinctive part of the mark.  By adopting and branding its services in the "{term}

27   INSIDE" brand format, and given the fame of the INSIDE Marks and Intel's technology and its

28   involvement in Internet technology, retail, utility, health and fitness, collection and financial industries,

1    consumers are likely to be confused that Intel is the source or sponsor of the goods and services

2    provided by, or is affiliated with, ITS' services.  In addition, on information and belief, aside from the

3    likelihood of confusion, ITS' use of ePAYMENTS INSIDE in connection with its Internet bill pay

4    services is causing and/or likely to cause dilution through blurring the distinctiveness of Intel's

5    INSIDE Marks and Intel's unique "{term} INSIDE" brand format.

6         20.    On December 22, 2005, Intel sent a letter to ITS' CEO advising him of Intel's concern

7    with ITS' new trademark application for the mark ePAYMENTS INSIDE, and seeking to reach an

8    amicable resolution.  Intel asked ITS to provide a response by January 13, 2006.  Instead of responding

9    to the letter, ITS raced to the courthouse on January 13, 2006 and filed a preemptive declaratory

10   judgment suit in an obvious attempt to forum shop and remove Intel as the rightful plaintiff.  In order

11   to protect its rights, and as the proper plaintiff in this matter, Intel files this Complaint on the very next

12   business day.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114)

15        21.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

16   1 through 20 of this Complaint.

17        22.    ITS either had actual notice and knowledge, or had constructive notice, of Intel's

18   ownership and registrations of the INSIDE Marks pursuant to 15 U.S.C. § 1072 prior to ITS' adoption

19   and use of the name and mark.

20        23.    Upon information and belief, ITS was aware of Intel's business and its INSIDE Marks

21   and registrations prior to the adoption and use of the ePAYMENTS INSIDE name and mark.

22        24.    Upon information and belief, ITS deliberately and willfully used and is using the

23   ePAYMENTS INSIDE name and mark in connection with the sale of ITS' goods and services in an

24   attempt to trade on the enormous goodwill, reputation, and selling power established by Intel under the

25   INSIDE Marks and its unique "{term} INSIDE" brand format and family of "{term} INSIDE" marks.

26

27

28

25.   Upon information and belief, the goods and services sold by ITS under the ePAYMENTS INSIDE name and mark are moving and will continue to move through the same channels of trade and to the same consumers as Intel's goods and services.

26.   Intel has not consented to ITS' use of the ePAYMENTS INSIDE name and mark.

27.   ITS' unauthorized use of the ePAYMENTS INSIDE name and mark falsely indicates to consumers that ITS' goods and services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, and the products and services of Intel and Intel's licensees.

28.   ITS' unauthorized use of the ePAYMENTS INSIDE name and mark is also likely to cause consumers to be confused as to the source, nature and quality of the goods and services ITS is promoting or selling.

29.   ITS' unauthorized use of ePAYMENTS INSIDE name and mark in connection with the sale of its goods and services allows, and will continue to allow, ITS to receive the benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of ITS' goods and services, not based on the merits of those goods or services, but on Intel's reputation and goodwill.

30.   ITS' unauthorized use of the ePAYMENTS INSIDE name and mark in connection with the sale of its goods and services deprives Intel of the ability to control the consumer perception of the quality of the goods and services marketed under the INSIDE Marks and Intel's unique "{term} INSIDE" brand format and family of "{term} INSIDE" marks, and places Intel's valuable reputation and goodwill in the hands of ITS, over whom Intel has no control.

31.   The aforementioned activities of ITS have caused confusion and are likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers wishing to purchase Intel's products and services.

32.   The aforementioned acts of ITS constitute federal trademark infringement in violation of 15 U.S.C. § 1114.

33.   The intentional nature of the aforementioned acts of ITS makes this an exceptional case pursuant to 15 U.S.C. § 1117(a).

34.     Intel has been, is now, and will be irreparably injured by ITS' trademark infringement, and unless enjoined by this Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

## SECOND CAUSE OF ACTION
### FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. § 1125(A))

35.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 34 of this Complaint.

36.     ITS' unauthorized use of the ePAYMENTS INSIDE name and mark falsely suggests that ITS' goods and services are connected with, sponsored by, affiliated with, or otherwise related to Intel.

37.     ITS' unauthorized use of the ePAYMENTS INSIDE name and mark constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

38.     The intentional nature of the aforementioned acts of ITS makes this an exceptional case pursuant to 15 U.S.C. § 1117(a).

39.     Intel has been, is now, and will be irreparably injured by ITS' aforementioned acts, and unless enjoined by this Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## THIRD CAUSE OF ACTION
### FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(C))

40.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 39 of this Complaint.

41.     The INSIDE Marks, including their unique "{term} INSIDE" brand format, are famous and widely recognized by consumers, businesses and industries, and identify products and services of Intel in the minds of consumers.

42.     ITS' unauthorized use of the ePAYMENTS INSIDE name and mark began after Intel's aforementioned marks became famous.

43.     ITS' unauthorized use of the ePAYMENTS INSIDE name and mark dilutes, and will continue to dilute, the strength of the INSIDE Marks and "{term} INSIDE" brand format, which consumers, businesses and industries now associate with Intel and its products and services.

44.     ITS' unauthorized use of the ePAYMENTS INSIDE name and mark has, and will continue to have, an adverse effect upon the value and distinctive quality of the INSIDE Marks and Intel's "{term} INSIDE" brand format.  ITS' acts blur and whittle away at the distinctiveness and identity-evoking quality of the INSIDE Marks and "{term} INSIDE" brand format.

45.     ITS' acts constitute trademark dilution in violation of 15 U.S.C. § 1125(c).

46.     The intentional nature of ITS' aforementioned acts makes this an exceptional case pursuant to 15 U.S.C. § 1125(c)(2) and 15 U.S.C. § 1117(a).

47.     Intel has been, is now, and will be irreparably injured by ITS' aforementioned acts, and unless enjoined by this Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**FOURTH CAUSE OF ACTION**
**INFRINGEMENT UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE § 14335)**

48.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 47 of this Complaint.

49.     ITS' acts described above constitute trademark infringement in violation of California Business and Professional Code § 14335, as they are likely to deceive the public.

50.     ITS' acts of trademark infringement have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for ITS' trademark infringement.

51.     Intel is entitled to a judgment enjoining and restraining ITS from engaging in further infringement.

**FIFTH CAUSE OF ACTION**
**DILUTION UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE § 14330)**

52.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 51 of this Complaint.

53.     By reason of Intel's longstanding and extensive use of its distinctive INSIDE Marks, including their "{term} INSIDE" brand format, on a wide variety of products and services, the widespread public identification of the marks with Intel's products and services, and the success of the INTEL INSIDE branded products and services in the marketplace, the INSIDE Marks and Intel's "{term} INSIDE" brand format are exceedingly well-known and famous, including within the State of California.

54.     ITS' unauthorized use of the ePAYMENTS INSIDE name and mark in California began after the INSIDE Marks and Intel's "{term} INSIDE" brand format had become famous.

55.     ITS' unauthorized use of the ePAYMENTS INSIDE name and mark has diluted, and/or is likely to dilute, the distinctive quality of the INSIDE Marks and Intel's unique "{term} INSIDE" brand format in violation of California Business & Professional Code § 14330.

56.     At the time ITS adopted its name and mark, ITS willfully intended to trade on Intel's image and reputation and to dilute the INSIDE Marks and Intel's unique "{term} INSIDE" brand format, acted with reason to know, or was willfully blind as to the consequences of its actions.

57.     ITS' wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for ITS' dilution.

58.     Intel is entitled to a judgment enjoining and restraining ITS from engaging in further acts of dilution pursuant to California Business & Professional Code § 14330 et seq.

**SIXTH CAUSE OF ACTION**
**UNFAIR COMPETITION**
**(CAL. BUS. & PROF. CODE § 17200)**

59.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 58 of this Complaint.

60.     ITS' acts described above constitute unfair competition in violation of California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

61.     ITS' acts of unfair competition have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for ITS' unfair competition.

1    62.    Intel is entitled to a judgment enjoining and restraining ITS from engaging in further

2  unfair competition.

3                        **SEVENTH CAUSE OF ACTION**

4        **COMMON LAW PASSING OFF AND UNFAIR COMPETITION**

5

6    63.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

7  1 through 62 of this Complaint.

8    64.    Intel owns and has used the INSIDE Marks, including their "{term} INSIDE" brand

9  format and family of "{term} INSIDE" marks, as distinctive trademarks throughout the United States

10 in connection with a wide variety of goods and services for more than 14 years.  These marks are valid

11 trademarks under state common law.

12   65.    ITS' unauthorized use of the ePAYMENTS INSIDE name and mark constitutes

13 infringement and unfair competition of the INSIDE Marks and Intel's unique "{term} INSIDE" brand

14 format in violation of the common law of California.

15   66.    ITS' wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel

16 has no adequate remedy at law.

17   67.    Intel is entitled to a judgment enjoining and restraining ITS from engaging in further

18 acts of infringement and unfair competition.

19

20                    **EIGHTH CAUSE OF ACTION**
                   **DILUTION UNDER TEXAS LAW**
                   **(Tex. Bus. & Comm. Code § 16.29)**

21   68.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1

22 through 67 of this Complaint.

23   69.    ITS and its licensees' or customers' use of the ePAYMENTS INSIDE mark in Texas

24 has diluted, and/or is likely to dilute, the distinctive quality of the INSIDE Marks and Intel's unique

25 "{term} INSIDE" brand format in violation of Tex. Bus. & Comm. Code § 16.29.

26   70.    ITS willfully intended to trade on Intel's image and reputation and to dilute the INSIDE

27 Marks and Intel's unique "{term} INSIDE" brand format, acted with reason to know, or was willfully

28 blind as to the consequences of its actions.

71.     ITS' wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for Defendant's dilution.  Intel is entitled to a judgment enjoining and restraining such defendant from engaging in further acts of dilution pursuant to Tex. Bus. & Comm. Code § 16.29.

### NINTH CAUSE OF ACTION
### DILUTION UNDER MISSOURI LAW
### (Mo. Rev. Stat. § 417.061)

72.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 71 of this Complaint.

73.     ITS and its licensees' or customers' use of the ePAYMENTS INSIDE mark in Missouri has diluted, and/or is likely to dilute, the distinctive quality of the INSIDE Marks and Intel's unique "{term} INSIDE" brand format in violation of Mo. Rev. Stat. § 417.061.

74.     ITS willfully intended to trade on Intel's image and reputation and to dilute the INSIDE Marks and Intel's unique "{term} INSIDE" brand format, acted with reason to know, or was willfully blind as to the consequences of its actions.

75.     ITS' wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for such defendant's dilution.  Intel is entitled to a judgment enjoining and restraining such defendant from engaging in further acts of dilution pursuant to Mo. Rev. Stat. § 417.061.

### TENTH CAUSE OF ACTION
### DILUTION UNDER GEORGIA LAW
### (Ga. Code Ann. § 10-1-451(b))

76.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 75 of this Complaint.

77.     ITS and its licensees' or customers' use of the ePAYMENTS INSIDE mark in Georgia has diluted, and/or is likely to dilute, the distinctive quality of the INSIDE Marks and Intel's unique "{term} INSIDE" brand format in violation of Ga. Code Ann. § 10-1-451(b).

78.     ITS willfully intended to trade on Intel's image and reputation and to dilute the INSIDE Marks and Intel's unique "{term} INSIDE" brand format, acted with reason to know, or was willfully blind as to the consequences of its actions.

79.    ITS' wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for such defendant's dilution.  Intel is entitled to a judgment enjoining and restraining such defendant from engaging in further acts of dilution pursuant to Ga. Code Ann. § 10-1-451(b).

## PRAYER FOR RELIEF

WHEREFORE, Intel prays for relief as follows:

1.    Entry of an order and judgment requiring that ITS and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INSIDE Marks, or any name, mark or domain name that is confusingly similar to or a colorable imitation of any such marks, including, without limitation, the name and mark ePAYMENTS INSIDE; (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between ITS and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INSIDE Marks and Intel's unique "{term} INSIDE" brand format and family of "{term} INSIDE" marks;

2.    A judgment ordering ITS, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which ITS has complied with the injunction, ceased all sales of goods and services under the ePAYMENTS INSIDE name and mark as set forth above;

3.    A judgment ordering ITS, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, circulars, kits, packaging, letterheads, business cards, promotional items, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of ITS or its agents bearing the INSIDE Marks in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation

1   the ePAYMENTS INSIDE name and mark, both alone and in combination with other words or terms,

2   and all plates, molds, matrices, and other means of making the same;

3         4.     A judgment ordering ITS to take all steps necessary to expressly abandon the

4   ePAYMENTS INSIDE federal trademark application with the U.S. Patent & Trademark Office;

5         5.     A judgment that ITS account for and disgorge to Intel all of the profits realized by ITS,

6   or others acting in concert or participating with ITS relating to ITS' use of the ePAYMENTS INSIDE

7   name and mark and as the Court may deem appropriate, any additional amounts pursuant to 15 U.S.C.

8   § 1117, plus interest;

9         6.     A judgment that Intel be awarded three (3) times ITS' profits from its use of the

10   ePAYMENTS INSIDE name and mark together with its reasonable attorneys' fees pursuant to

11   15 U.S.C. § 1117(a) and (b);

12         7.     A judgment, in connection with the above claims and as allowed under law, awarding

13   punitive damages in favor of Intel in an amount to be determined;

14         8.     A judgment requiring that ITS pay prejudgment interest; and

15         9.     A judgment granting Intel such other and further relief as the Court deems just and

16   proper.

17   Dated: January 17, 2006             Respectfully submitted,

18                         HOWREY, LLP

19

20                       By: _____

                            Robert N. Phillips

21                       Attorneys for Plaintiff

22                       INTEL CORPORATION

23                       Robert N. Phillips
                            Bobby A. Ghajar

24                       HOWREY, LLP
                            525 Market Street, Suite 3600

25                       San Francisco, CA 94105

26                       Peter E. Moll
                      HOWREY, LLP

27                       1299 Pennsylvania Avenue, N.W.
                            Washington, DC 20004

28                       Telephone: (202) 783-0800
                      Facsimile: (202) 383-6610

HOWREY
LLP   Case No.
Complaint                   -19-

DM_US\8301243.v1

1

## **JURY DEMAND**

2        Plaintiff INTEL CORPORATION requests a jury trial on all issues.

3

4    Dated:  January 17, 2006                    Respectfully submitted,

5                                                HOWREY, LLP

6
                                        By: _____
7                                               Robert N. Phillips

8                                               Attorneys for Plaintiff
                                                INTEL CORPORATION
9
                                                Robert N. Phillips
10                                              Bobby A. Ghajar
                                                HOWREY, LLP
11                                              525 Market Street, Suite 3600
                                                San Francisco, CA 94105
12
                                                Peter E. Moll
13                                              HOWREY, LLP
                                                1299 Pennsylvania Avenue, N.W.
14                                              Washington, DC  20004
                                                Telephone:  (202) 783-0800
15                                              Facsimile:  (202) 383-6610

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY
LLP
Case No.
Complaint                                  -20-

DM_US\8301243.v1

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,702,463
Registered July 21, 1992

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,672, FILED 4-22-1991.

TODD BRAVERMAN, EXAMINING ATTOR-
NEY

# EXHIBIT
# B

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**   Reg. No. 1,705,796
Registered Aug. 4, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
-RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

# EXHIBIT
# C

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,179,209
Registered Aug. 4, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT D

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,188,280
Registered Sep. 8, 1998

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE, COMPUTER OPERATING PRO-
GRAMS, COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS, SEMI-
CONDUCTOR PROCESSORS, SEMICONDUC-
TOR PROCESSOR CHIPS, MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS, ELEC-
TRONIC CIRCUIT BOARDS, COMPUTER
MEMORY DEVICES, SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS, AUDIO CIRCUIT BOARDS, AUDIO-
VIDEO CIRCUIT BOARDS, VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS, VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST-
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-166,100, FILED 9-4-1996.

SOPHIA E. KIM, EXAMINING ATTORNEY

# EXHIBIT E

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,194,122

Registered Oct. 6, 1998

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY, BOOKS, MAGAZINES, NEWSLETTERS, JOURNALS, OPERATING MANUALS, USERS GUIDES, PAMPHLETS, AND BROCHURES ABOUT, FOR USE WITH AND DIRECTED TO USERS OF, COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS; COMPUTER SYSTEM TOOLS; COMPUTER SYSTEM UTILITIES; COMPUTER APPLICATION SOFTWARE; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; COMPUTER COMPONENTS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; AND COMPUTER HARDWARE AND SOFTWARE FOR DEVELOPMENT, TESTING, PROGRAMMING, AND PRODUCTION OF HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,573,324, 1,723,243, AND OTHERS.

SN 75-160,174, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT F

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,198,880

Registered Oct. 20, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH, AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,102, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT G

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,252,046

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATSHIRTS, SWEAT
SUITS, COVERALLS, JACKETS, TIES, HEAD-
WEAR, CARDIGANS, GYM SUITS, HATS, JOG-
GING SUITS, NECKTIES, POLO SHIRTS,

INFANT ROMPERS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,306, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT H

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 2,256,061

## United States Patent and Trademark Office

Registered June 22, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,546, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT I

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,261,580

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
PLUSH TOYS, DOLLS, BEAN BAGS, GAMES,
NAMELY, BOARD GAMES, STAND ALONE
VIDEO GAMES, AND CHRISTMAS ORNA-

MENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 10-0-1995; IN COMMERCE
10-0-1995.

SN 75-371,544, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT J

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,289,657
Registered Oct. 26, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOXES FOR PENS, TAB-
LETS, NOTE CARDS AND PLAYING CARDS,
SELF-ADHESIVE PADS, DESK PADS, AND
CALENDAR PADS, PENS, PENCILS, FOLD-
ERS, PHOTOGRAPH STANDS, RULERS,

MARKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,352, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT
# K

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,451,273
Registered May 15, 2001

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SOFTWARE FOR USE IN OPERATING AND MAINTAINING COMPUTER SYSTEMS; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER PERIPHERALS AND ELECTRONIC APPARATUS FOR USE WITH COMPUTERS; KEYBOARDS; TRACKBALLS; COMPUTER MOUSE DEVICES; COMPUTER INPUT DEVICES; COMPUTER MONITORS; VIDEO APPARATUS; VIDEO CIRCUIT BOARDS; APPARATUS AND EQUIPMENT FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; COMPUTER UTILITY PROGRAMS; COM-

PUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND USING A GLOBAL COMPUTER NETWORK; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,439, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# EXHIBIT L

Int. Cls.: **9 and 38**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100, 101, and 104**

Reg. No. 2,942,936

## United States Patent and Trademark Office

Registered Apr. 19, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFT-
WARE; COMPUTER OPERATING PROGRAMS;
COMPUTER SYSTEM EXTENSIONS, TOOLS AND
UTILITIES IN THE FIELD OF APPLICATION SOFT-
WARE FOR CONNECTING PERSONAL COMPU-
TERS, NETWORKS, TELECOMMUNICATIONS
APPARATUS AND GLOBAL COMPUTER NET-
WORK APPLICATIONS; AUDIO AND VIDEO GRA-
PHICS FOR REAL TIME INFORMATION AND
IMAGE TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
HARDWARE; INTEGRATED CIRCUITS; INTEGRA-
TED CIRCUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
COMPUTER HARDWARE, NAMELY MICROPRO-
CESSORS; PRINTED CIRCUIT BOARDS; ELECTRO-
NIC CIRCUIT BOARDS; COMPUTER MEMORY
HARDWARE; SEMICONDUCTOR MEMORY
HARDWARE; VIDEO CIRCUIT BOARDS; AUDIO
CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT
BOARDS; VIDEO GRAPHIC ACCELERATORS;
MULTIMEDIA ACCELERATORS; VIDEO PROCES-
SORS; MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND RE-
CEIPT OF FACSIMILES; COMPUTER HARDWARE
AND SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND WIDE
AREA COMPUTER NETWORKS; COMPUTER

HARDWARE AND SOFTWARE FOR THE DEVEL-
OPMENT, MAINTENANCE, AND USE OF INTER-
ACTIVE AUDIO-VIDEO COMPUTER
CONFERENCE SYSTEMS; COMPUTER HARD-
WARE AND SOFTWARE FOR THE RECEIPT, DIS-
PLAY, AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; COMPUTER NET-
WORK ROUTERS; HUBS; SERVERS; SWITCHES;
COMPUTER FIRMWARE, NAMELY COMPUTER
OPERATING SYSTEMS SOFTWARE; COMPUTER
HARDWARE, NAMELY FIXED FUNCTION SER-
VERS; COMPUTER NETWORKING HARDWARE;
SEMICONDUCTOR DEVICES; COMPUTER HARD-
WARE AND SOFTWARE FOR CREATING, FACIL-
ITATING, AND MANAGING REMOTE ACCESS TO
AND COMMUNICATION WITH LOCAL AREA
NETWORKS, VIRTUAL PRIVATE NETWORKS,
WIDE AREA NETWORKS AND GLOBAL COMPU-
TER NETWORKS; ROUTER, SWITCH, HUB AND
SERVER OPERATING SOFTWARE; COMPUTER
SOFTWARE FOR USE IN PROVIDING MULTIPLE
USER ACCESS TO A GLOBAL COMPUTER INFOR-
MATION NETWORK FOR SEARCHING, RETRIEV-
ING, TRANSFERRING, MANIPULATING AND
DISSEMINATING A WIDE RANGE OF INFORMA-
TION; COMPUTER SOFTWARE TOOLS FOR THE
FACILITATION OF THIRD PARTY SOFTWARE
APPLICATIONS; COMPUTER HARDWARE AND
SOFTWARE FOR WIRELESS NETWORK COMMU-
NICATIONS; AND MANUALS SOLD AS A UNIT
AND DOWNLOADABLE FROM A GLOBAL COM-
PUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

FOR: TELECOMMUNICATIONS VIA A GLOBAL NETWORK OF COMPUTERS WITH THE EXCEPTION OF SATELLITE COMMUNICATIONS; MULTIMEDIA COMMUNICATIONS AND DIGITAL COMMUNICATIONS SERVICES, NAMELY, BROADCAST, TRANSMISSION, AND RECEIPT OF INTERACTIVE AND NON-INTERACTIVE AUDIO, VIDEO, AND DIGITAL SIGNALS; ELECTRONIC TRANSMISSION AND RECEIPT OF INTERACTIVE AND NON-INTERACTIVE VOICE, DATA, IMAGES, PAGING MESSAGES, FACSIMILES, AND INFORMATION; TELECONFERENCING SERVICES; VIDEOCONFERENCING SERVICES; CHAT ROOM AND INSTANT MESSAGING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

SN 78-198,761, FILED 12-30-2002.

JEFF DEFORD, EXAMINING ATTORNEY