| | |
|---|---|
| 1 | Bobby A. Ghajar (SBN 198719)<br>Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY LLP<br>525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105<br>Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | Peter E. Moll<br>HOWREY LLP |
| 6 | 1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| 7 | Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610 |
| 8 | |
| 9 | Attorneys for Plaintiff<br>INTEL CORPORATION |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>           Plaintiff,<br><br>  vs.<br><br>INTERNET TRANSACTION SOLUTIONS, INC., an Ohio Corporation<br><br>           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:06-CV-00312-MJJ<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS AND VACATE COURT DATES; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Intel Corporation ("Intel") and Defendant Internet Transaction Solutions, Inc., ("ITS") and through their respective counsel of record, as follows:

WHEREAS, on February 22, 2006, Defendant Internet Transactions Solutions ("ITS") filed a Motion to Stay, Dismiss, or Transfer this Action and requested a hearing on its motion on April 4, 2006;

WHEREAS, Intel's opposition to ITS' Motion to Stay, Dismiss, or Transfer this Action is currently due on March 14, 2006;

WHEREAS, on January 13, 2006, ITS filed a declaratory judgment action in the U.S. District Court in the Southern District of Ohio, *Internet Transaction Solutions, Inc. v. Intel Corporation,* Case No. 2:06-cv-35 ("Related Action") in which Intel Corporation ("Intel") has filed a Motion to Dismiss or, in the Alternative, Transfer, which motion has been fully briefed. However, the district court in Ohio has not yet ruled on Intel's motion.

WHEREAS, this Court has scheduled a Case Management Conference for May 9, 2006.

NOW THEREFORE, without prejudice to the position of either party and for the purpose of judicial economy, the parties hereby agree and stipulate to a stay of all further proceedings in this Court pending a decision by the U.S. District Court in the Southern District of Ohio on Intel's Motion to Dismiss.

In accordance with this stipulation, the parties respectfully request that the Court vacate the April 4, 2006 hearing date on ITS' Motion and relieve Intel of any obligation to file an opposition to ITS' motion at this time. The parties also request that the Court vacate the current May 9, 2006 date for the Case Management Conference

The parties will promptly advise this Court when a decision is reached by the district court in Ohio.

Dated: March 9, 2006　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HOWREY LLP

　　　　　　　　　　　　　　　　　　　　　　By:　　　/s/ Bobby A. Ghajar
　　　　　　　　　　　　　　　　　　　　　　　　　Bobby A. Ghajar
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　Intel Corporation

Dated: March 10, 2006　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LYNCH, GILARDI & GRUMMER

　　　　　　　　　　　　　　　　　　　　　　By:　　　/s/ John Dooling
　　　　　　　　　　　　　　　　　　　　　　　　　John G. Dooling
　　　　　　　　　　　　　　　　　　　　　　　　　Gary M. Ittig
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　Internet Transaction Services, Inc.

## ATTESTATION AS TO CONCURRENCE

I, Bobby A. Ghajar, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Bobby A. Ghajar
Bobby A. Ghajar

IT IS SO ORDERED.

Dated: 3/16/2006

Hon. Martin J. Jenkins
United States District Court Judge