Robert N. Phillips (SBN 120970)
Bobby A. Ghajar (SBN 198719)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Peter E. Moll
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiff
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNET TRANSACTION SOLUTIONS, INC., an Ohio Corporation<br><br>    Defendant. | Case No. 3:06-CV-00312-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |

   Plaintiff Intel Corporation and Defendant Internet Transaction Solutions, Inc., through their counsel of record, hereby stipulate that, pursuant to a confidential settlement agreement reached between the parties, this entire action shall be dismissed with prejudice.

   Dated: July 19, 2006            Respectfully submitted,


                                   HOWREY LLP
                                   By: /s/ Bobby A. Ghajar
                                       Bobby A. Ghajar
                                       Attorneys for Plaintiff
                                       Intel Corporation

| | |
|---|---|
| Dated: July ___, 2006 | Respectfully submitted, |
| | LYNCH, GILARDI & GRUMMER |
| | By: _____/s/ John Dooling_____ |
| | John G. Dooling |
| | Attorneys for Defendant |
| | Internet Transaction Services, Inc. |

### ATTESTATION AS TO CONCURRENCE

I, Bobby A. Ghajar, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                                                  /s/ Bobby A. Ghajar
                                                  Bobby A. Ghajar

**IT IS SO ORDERED:**

_____
Hon. Martin Jenkins
United States District Judge