| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Bobby A. Ghajar (SBN 198719) |
| 2 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |

Peter E. Moll
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiff
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, | Case No. 3:06-CV-00312-MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |
| vs. | |
| INTERNET TRANSACTION SOLUTIONS, INC., an Ohio Corporation | |
| Defendant. | |

Plaintiff Intel Corporation and Defendant Internet Transaction Solutions, Inc., through their counsel of record, hereby stipulate that, pursuant to a confidential settlement agreement reached between the parties, this entire action shall be dismissed with prejudice.

Dated: July 19, 2006            Respectfully submitted,

HOWREY LLP
By: /s/ Bobby A. Ghajar
    Bobby A. Ghajar
    Attorneys for Plaintiff
    Intel Corporation

| | | |
|---|---|---|
| 1 | Dated: July ___, 2006 | Respectfully submitted, |
| 2 | | LYNCH, GILARDI & GRUMMER |
| 3 | | By: /s/ John Dooling |
| 4 | | John G. Dooling<br>Attorneys for Defendant |
| 5 | | Internet Transaction Services, Inc. |

### ATTESTATION AS TO CONCURRENCE

I, Bobby A. Ghajar, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Bobby A. Ghajar
Bobby A. Ghajar

**IT IS SO ORDERED:**

[signature] 7/24/2006

Hon. Martin Jenkins
United States District Judge